IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CESAR ALBERTO CLAUDIO ALICEA

XXX-XX-5147

Debtor(s)

CASE NO. 11-02111 BKT

Chapter 13

FILED & ENTERED ON 07/28/2011

### ORDER GRANTING RECONSIDERATION

This case is before the Court on the following motion: The debtor's request for reconsideration of the order dismissing the instant case (docket entry #19).

Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted.

The confirmation hearing is scheduled for 10/27/2011 at 9:00 a.m. in the United States Bankruptcy Court, Courtroom 3, 300 Recinto Sur Street, San Juan, Puerto Rico.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of July, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: all creditors