### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>CÉSAR ALBERTO CLAUDIO ALICEA,<br>Debtor | Case No. 11-2111 BKT<br><br>Chapter 13 |

### ANSWER TO TRUSTEE'S OBJECTION TO CLAIM NO. 8

**TO THE HONORABLE COURT:**

**COMES NOW** creditor LUZ RIVERA PIÑERO, through the undersigned attorney, and respectfully SETS FORTH and PRAYS:

1. On 12 July 2011, the appearing party filed her proof of claim (hereinafter, the "Claim") in the case of caption. **Claim No. 8**

2. On 9 August 2011, the Trustee filed an objection to said claim averring that the claim was "already being paid through ASUME." **Docket No. 27**

3. The appearing party opposes the Trustee's objection because the Claim is not based on Debtor's arrears on his pre-petition payments to ASUME.

4. The Claim is based on support payments to be made directly to the appearing party based on the state court judgment included with the Claim. Debtor's pre-petition arrears to ASUME are not part of the appearing party's claim.

**WHEREFORE**, the appearing party respectfully requests that the Trustee's objection to the Claim be denied.

**RESPECTFULLY SUBMITTED**

In Guayama, Puerto Rico, this 7th day of September, 2011.

/s/ **Miguel Ángel Serrano-Urdaz**
USDC No. 223608
P. O. Box 1915, Guayama, Puerto Rico 00785
Tel./Fax: 787.864.5454
serrano.urdaz.law@hotmail.com