IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CESAR ALBERTO CLAUDIO ALICEA

CASE NO. 11-02111 BKT

Chapter 13

XXX-XX-5147

**FILED & ENTERED ON 09/16/2011**

Debtor(s)

ORDER

The motion filed by the Chapter 13 trustee regarding answer to objection to claim #8 (docket #29) is hereby granted. The debtor and creditor Luz E. Rivera Pinero to state their position within fourteen (14) days.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of September, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA