IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 11-02111 BKT |
| CESAR ALBERTO CLAUDIO ALICEA | * | |
| DEBTOR | * | CHAPTER 13 |
| xxx-xx-5147 | * | |

### CONTESTACION POR DERECHO PROPIO
### AL OBJECION DE LA MOCION NUM. 8
### DE DEUDAS ADICIONALES A LA DEUDA DE ASUME

AL HONORABLE TRIBUNAL:

Yo, Luz Rivera Piñero, por derecho propio, expongo respetuosamente lo siguiente:

Las deudas que expongo son deudas de seguros médicos, dentales y de cuentas de ahorro de los dos menores. Además un dinero privativo de una cuenta IRA que al momento del divorcio el dispuso de ella.

Las cantidades que me corresponden son las siguientes:

1. **$16,388.76** son de las cuentas **IRA 6050274** y **5762424** del Banco Popular.
2. **$1,874.00** de los "braces" de ortodoncia del menor Javier Claudio del Dr. José E. Llompart, en Hato Rey.
3. **$781.00** del seguro médico MCS del menor Javier Claudio.
4. **$710.00** del seguro médico MCS del menor Cesar Claudio.
5. **$1,253.12** de cuenta de ahorros *****1466 del menor Javier Claudio del Banco Popular. (Ver en evidencia de deposición, donde el acepta que retiró el dinero).
6. **$4,348.18** de cuenta de ahorros *****1493 del menor Cesar Claudio del Banco Popular. (Ver en evidencia de deposición, donde el acepta que retiró el dinero).

Adjunto ver las copias de evidencia.

SOMETO RESPETUOSAMENTE Y CERTIFICO QUE TODO LO QUE SE HA ESCRITO Y LAS EVIDENCIAS SON VERÍDICAS.

En Toa Baja, Puerto Rico, el día 30 de septiembre del año 2011.

*[firma]*
Luz E. Rivera Piñero
Acreedora
Bavaria SA 23 Mansión del Sur
Toa Baja
787-616-2939

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CESAR ALBERTO CLAUDIO ALICEA    CASE NO. 11-02111 BKT

Chapter 13

XXX-XX-5147

FILED & ENTERED ON 09/16/2011

Debtor(s)

ORDER

The motion filed by the Chapter 13 trustee regarding answer to objection to claim #8 (docket #29) is hereby granted. The debtor and creditor Luz E. Rivera Pinero to state their position within fourteen (14) days.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of September, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA

006223

3600900622901

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

CÉSAR ALBERTO CLAUDIO ALICEA,
Debtor

Case No. 11-2111 BKT

Chapter 13

## ANSWER TO TRUSTEE'S OBJECTION TO CLAIM NO. 8

**TO THE HONORABLE COURT:**

**COMES NOW** creditor LUZ RIVERA PIÑERO, through the undersigned attorney, and respectfully SETS FORTH and PRAYS:

1. On 12 July 2011, the appearing party filed her proof of claim (hereinafter, the "Claim") in the case of caption. **Claim No. 8**

2. On 9 August 2011, the Trustee filed an objection to said claim averring that the claim was "already being paid through ASUME." **Docket No. 27**

3. The appearing party opposes the Trustee's objection because the Claim is not based on Debtor's arrears on his pre-petition payments to ASUME.

4. The Claim is based on support payments to be made directly to the appearing party based on the state court judgment included with the Claim. Debtor's pre-petition arrears to ASUME are not part of the appearing party's claim.

**WHEREFORE,** the appearing party respectfully requests that the Trustee's objection to the Claim be denied.

**RESPECTFULLY SUBMITTED**

In Guayama, Puerto Rico, this 7th day of September, 2011.

/s/ **Miguel Ángel Serrano-Urdaz**
USDC No. 223608
P. O. Box 1915, Guayama, Puerto Rico 00785
Tel./Fax: 787.864.5454
serrano.urdaz.law@hotmail.com

**BANCO POPULAR**

Anejo al Contrato
Cuenta de Retiro Individual (IRA)

| 01 Banco | 00006050274 Número de Cliente | 00250 BAYAMON, PLAZA RIO HONDO Sucursal que Procesa la Transacción | 70501 Centro de Costo |

## INFORMACIÓN DEL CLIENTE

CESAR A CLAUDIO ALICEA
Nombre

Dirección Residencial

Fecha de Nacimiento: 11/22/1957
Seguro Social: 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

Teléfono Residencial: 
Teléfono del Trabajo: 

Dirección Postal
MANS DEL SUR
SA23 CAMINO DE BAVARIA
TOA BAJA PR 00949

Indicador Retención 17%: 
Dirección Alterna Estados: 000
Idioma: S

## TÉRMINOS DE LA APORTACIÓN

POPULAR ROTH IRA - 24 MESES
Nombre del Producto

Núm. de Instrumento: 05220000002  $ Cantidad

Aportación Aplicable a ☐ Año Anterior ☐ Año Actual

Origen de Fondos: 008

Fecha de Transacción: 12/03/2008
Fecha de Efectividad: 12/03/2008
Fecha de Vencimiento: 12/03/2010

Tasa de Interés: 2.5000 %
Tasa de Rendimiento Anual (APY): 2.53 %
Valor Inicial Índice S&P (Aplica sólo a Cuentas Stock Market):

**ROLLOVER**
Tipo T    R = Externo / T = Interno
Principal $ 41,394.17
Intereses Exentos $ 0.00
Intereses No Exentos $ 0.00
Total $ 41,394.17
Cantidad Prepagada
Transferida $ 0.00

## DATOS DE INVERSIÓN E INFORMACIÓN FINANCIERA DEL CLIENTE (llenar sólo en Aperturas de IRAs de Fondos)

| Objetivo de Inversión | Conocimiento de Inversión | Experiencia de Inversión |
|---|---|---|
| ☐ Preservar capital ☐ Crecimiento | ☐ Ninguno ☐ Bastante | ☐ Ninguna ☐ Bastante |
| ☐ Ingreso ☐ Especular | ☐ Limitado ☐ Extenso | ☐ Limitada ☐ Extensa |

| Renglón Contributivo de Ingreso en Puerto Rico | Ingreso en Puerto Rico | Capital Neto |
|---|---|---|
| ☐ 7.5%  ☐ 16.5%  ☐ 33% <br> ☐ 11%  ☐ 29.5% | ☐ Menos de $15 mil  ☐ $50 mil a $99,999 <br> ☐ $15 mil a $24,999  ☐ $100 mil o más <br> ☐ $25 mil a $49,999 | ☐ Menos de $25 mil  ☐ $100 mil a $249,999 <br> ☐ $25 mil a $49,999  ☐ $250 mil o más <br> ☐ $50 mil a $99,999  (llevar la cifra al 10 mil más cercano) |



Continúa al dorso

BRA-360    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    CLIENTE / CMS    PR10305

**BANCO POPULAR**

Anejo al Contrato
Cuenta de Retiro Individual (IRA)

| 01 Banco | 00005762424 Número de Cliente | 00250 BAYAMON, PLAZA RIO HONDO Sucursal que Procesa la Transacción | 70501 Centro de Costo |

BRA-360 5-08 (1)

## INFORMACIÓN DEL CLIENTE

CESAR A CLAUDIO ALICEA
Nombre

Fecha de Nacimiento: 11/22/1957

Seguro Social: 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

Dirección Residencial

Teléfono Residencial
Teléfono del Trabajo

Indicador Retención 17%
Dirección Alterna Estados: 000
Idioma: S

Dirección Postal
MANSIONES DEL SUR
CALLE BAVARIA SA-23
TOA BAJA PR 00949

## TÉRMINOS DE LA APORTACIÓN

Nombre del Producto: IRA REGULAR - 24 MESES
Núm. de Instrumento: 01220000003
Cantidad: $

Aportación Aplicable a: ☐ Año Anterior ☐ Año Actual
Origen de Fondos: 008

Fecha de Transacción: 12/03/2008
Fecha de Efectividad: 12/03/2008
Fecha de Vencimiento: 12/03/2010

Tasa de Interés: 2.5000 %
Tasa de Rendimiento Anual (APY): 2.53 %
Valor Inicial Índice S&P (Aplica sólo a Cuentas Stock Market)

**ROLLOVER**
Tipo T    R = Externo / T = Interno
Principal $ 7,727.85
Intereses Exentos $ 0.00
Intereses No Exentos $ 0.00
Total $ 7,727.85
Cantidad Prepagada
Transferida $ 0.00

## DATOS DE INVERSIÓN E INFORMACIÓN FINANCIERA DEL CLIENTE (llenar sólo en Aperturas de IRAs de Fondos)

| Objetivo de Inversión | Conocimiento de Inversión | Experiencia de Inversión |
|---|---|---|
| ☐ Preservar capital  ☐ Crecimiento | ☐ Ninguno  ☐ Bastante | ☐ Ninguna  ☐ Bastante |
| ☐ Ingreso  ☐ Especular | ☐ Limitado  ☐ Extenso | ☐ Limitada  ☐ Extensa |

| Renglón Contributivo de Ingreso en Puerto Rico | Ingreso en Puerto Rico | Capital Neto |
|---|---|---|
| ☐ 7.5%  ☐ 16.5%  ☐ 33%  ☐ 11%  ☐ 29.5% | ☐ Menos de $15 mil  ☐ $50 mil a $99,999  ☐ $15 mil a $24,999  ☐ $100 mil o más  ☐ $25 mil a $49,999 | ☐ Menos de $25 mil  ☐ $100 mil a $249,999  ☐ $25 mil a $49,999  ☐ $250 mil o más  ☐ $50 mil a $99,999  (llevar la cifra al 10 mil más cercano) |

[Stamp: T-250-24 Banco Popular ... Rio Hondo]

Continúa al dorso

BRA-360          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          CLIENTE / CMS    PR10305

# FEDERAL TRUTH IN LENDING DISCLOSURE STATEMENT
## FOR PROFESSIONAL SERVICES RENDERED

Date: 8-13-10

Patient Name: Javier Claudio  Parent Name: Luz Rivera

Address: Rivera

## JOSÉ E. LLOMPART, D.M.D., M.S.

ORTODONCISTA
TORRE DE PLAZA, SUITE 807
SAN JUAN, P.R. 00918
(787) 754-7773 • (787) 754-7727

MCKINLEY #50
MANATI, P.R. 00701
(787) 854-3346

Services performed or to be performed:
Date of Services _____

1. Cash Price (Professional Fee) — $ 3,500
2. Less: Cash Down Payment (Initial Fee) — $ 900
3. Unpaid Balance of Cash Price — $ 2,520.00
4. Upper Retainer at the moment of debanding — $ _____
5. Lower Retainer at the moment of debanding — $ _____

NONE

Patient hereby agrees to pay Dr. Llompart at his office shown above the "Total of Payment" shown in 28 equal monthly installments of $ 90.00, the first installment being payable sept 2010, and all subsequent installments on the same day of each consecutive month until paid in full. costo de los retenedores es adicional

I HEREBY CERTIFY, that I have read and received a copy of the aforegoing Disclosure Statement this 13 day of agosto, 20 10.

*There will be no finance charge unless your account is over due..

(Signature of Patient or of one Parent, If Patient is a Minor)

Please sign and return one copy of this statement to us, retaining one copy for yourself.
If you have any questions concerning this, please let us know.
This form is a requirement by the Federal Government.

**From:** "Lucy Rivera" <l.rivera1656@yahoo.com>
**Date:** September 02, 2011 11:00 AM
**To:** 
**Subject:** Fw: Payment Confirmation

----- Forwarded Message -----
**From:** "servicioalcliente@medicalcardsystem.com" <servicioalcliente@medicalcardsystem.com>
**To:** l.rivera1656@yahoo.com
**Sent:** Wednesday, August 31, 2011 3:09 PM
**Subject:** Payment Confirmation

This e mail is your payment confirmation.

Payment Information
************************************************************
MCS Life Personal

MCS Plaza 255 Ave Ponce De León
Suite 75
San Juan, PR 00917-1919
************************************************************

Date:             8/31/2011 3:09:12 PM
Confirmation Number:    00000000000000526527
Authorization Number:  526527
Account Number:        000005310070471
Customer Name:         CESAR A. CLAUDIO RIVERA
Payment Method:
Total Amount($):       74.00
Tax($):
Payment Description:   Paid by Phone
************************************************************

This e mail is only a notification.
Please don't reply to this e mail.

---

CONFIDENTIALITY NOTE: This communication and any attachments
included herein contain information that belongs to POPULAR, INC.,
its subsidiaries and/or affiliates, that may be confidential,
legally privileged and/or a trade secret. Its unauthorized
disclosure, copying or distribution is strictly prohibited. If you
have received this communication in error please delete or destroy
it and notify the sender immediately. Neither POPULAR, INC. nor its
subsidiaries or affiliates will be liable for any damages resulting
from any modification or falsification of an e-mail that is
originated by us. Moreover, although precautions have been taken to
ensure that the data included herein is free from viruses or other
malicious content, we cannot assure that such is indeed the case
and disclaim any responsibility attributable thereto.

**From:** "Lucy Rivera" <l.rivera1656@yahoo.com>
**Date:** September 02, 2011 11:10 AM
**To:**
**Subject:** Fw: Payment Confirmation

----- Forwarded Message -----
**From:** "servicioalcliente@medicalcardsystem.com" <servicioalcliente@medicalcardsystem.com>
**To:** l.rivera1656@yahoo.com
**Sent:** Saturday, July 30, 2011 1:03 PM
**Subject:** Payment Confirmation

This e mail is your payment confirmation.

Payment Information
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MCS Life Personal

MCS Plaza 255 Ave Ponce De León
Suite 75
San Juan, PR 00917-1919
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: 7/30/2011 1:03:15 PM
Confirmation Number: 00000000000000430265
Authorization Number: 430265
Account Number: 000005310070471
Customer Name: CESAR A. CLAUDIO RIVERA
Payment Method:
Total Amount($): 74.00
Tax($):
Payment Description: Paid by Phone
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

:
This e mail is only a notification.
Please don't reply to this e mail.

--------------------------------------------
CONFIDENTIALITY NOTE: This communication and any attachments
included herein contain information that belongs to POPULAR, INC.,
its subsidiaries and/or affiliates, that may be confidential,
legally privileged and/or a trade secret. Its unauthorized
disclosure, copying or distribution is strictly prohibited. If you
have received this communication in error please delete or destroy
it and notify the sender immediately. Neither POPULAR, INC. nor its
subsidiaries or affiliates will be liable for any damages resulting
from any modification or falsification of an e-mail that is
originated by us. Moreover, although precautions have been taken to
ensure that the data included herein is free from viruses or other
malicious content, we cannot assure that such is indeed the case
and disclaim any responsibility attributable thereto.

**From:** "Lucy Rivera" <l.rivera1656@yahoo.com>
**Date:** September 02, 2011 11:08 AM
**To:**
**Subject:** Fw: Payment Confirmation

------ Forwarded Message ------
**From:** "servicioalcliente@medicalcardsystem.com" <servicioalcliente@medicalcardsystem.com>
**To:** l.rivera1656@yahoo.com
**Sent:** Wednesday, August 31, 2011 3:04 PM
**Subject:** Payment Confirmation

This e mail is your payment confirmation.

Payment Information
*******************************************************
MCS Life Personal

MCS Plaza 255 Ave Ponce De León
Suite 75
San Juan, PR 00917-1919
*******************************************************

Date:            8/31/2011 3:04:12 PM
Confirmation Number:   00000000000000526497
Authorization Number: 526497
Account Number:       000005310060437
Customer Name:        JAVIER A. CLAUDIO RIVERA
Payment Method:
Total Amount($):      74.00
Tax($):
Payment Description:  Paid by Phone
*******************************************************

:
This e mail is only a notification.
Please don't reply to this e mail.

------------------------------------------
CONFIDENTIALITY NOTE: This communication and any attachments
included herein contain information that belongs to POPULAR, INC.,
its subsidiaries and/or affiliates, that may be confidential,
legally privileged and/or a trade secret. Its unauthorized
disclosure, copying or distribution is strictly prohibited. If you
have received this communication in error please delete or destroy
it and notify the sender immediately. Neither POPULAR, INC. nor its
subsidiaries or affiliates will be liable for any damages resulting
from any modification or falsification of an e-mail that is
originated by us. Moreover, although precautions have been taken to
ensure that the data included herein is free from viruses or other
malicious content, we cannot assure that such is indeed the case
and disclaim any responsibility attributable thereto.

09/02/2011

**From:** "Lucy Rivera" <l.rivera1656@yahoo.com>
**Date:** September 02, 2011
**To:**
**Subject:** Fw: Payment Confirmation

----- Forwarded Message -----
**From:** "servicioalcliente@medicalcardsystem.com" <servicioalcliente@medicalcardsystem.com>
**To:** l.rivera1656@yahoo.com
**Sent:** Saturday, July 30, 2011 12:59 PM
**Subject:** Payment Confirmation

This e mail is your payment confirmation.

Payment Information
************************************************************
MCS Life Personal

MCS Plaza 255 Ave Ponce De León
Suite 75
San Juan, PR 00917-1919
************************************************************

Date:                   7/30/2011 12:59:13 PM
Confirmation Number:    000000000000430253
Authorization Number:   430253
Account Number:         000005310060437
Customer Name:          JAVIER A. CLAUDIO RIVERA
Payment Method:
Total Amount($):        74.00
Tax($):
Payment Description:    Paid by Phone
************************************************************

:
This e mail is only a notification.
Please don't reply to this e mail.

---

CONFIDENTIALITY NOTE: This communication and any attachments
included herein contain information that belongs to POPULAR, INC.,
its subsidiaries and/or affiliates, that may be confidential,
legally privileged and/or a trade secret. Its unauthorized
disclosure, copying or distribution is strictly prohibited. If you
have received this communication in error please delete or destroy
it and notify the sender immediately. Neither POPULAR, INC. nor its
subsidiaries or affiliates will be liable for any damages resulting
from any modification or falsification of an e-mail that is
originated by us. Moreover, although precautions have been taken to
ensure that the data included herein is free from viruses or other
malicious content, we cannot assure that such is indeed the case
and disclaim any responsibility attributable thereto.

\# 718221466

 **POPULAR**

Hola Cesar

| Fecha | Descripción | Débito(-) | Crédito(+) | Balance |
|---|---|---|---|---|
| 06/22/2009 | INTERESES ACREDITADOS | | $0.93 | $1,253.12 |

* Las imágenes de cheques presentadas no son instrumentos negociables.

All rights reserved

(787) 753-5353
www.adverbo.com

# TOMA DE DEPOSICIÓN DE
# SR. CÉSAR CLAUDIO ALICEA

Luz E. Rivera Piñero Vs. César Claudio Alicea

9 de julio de 2010

#4013-071610



ad Verbo®
court reporters

42

| | | |
|---|---|---|
| 1 | P | Muy bien, y entonces tengo Master Card, tengo |
| 2 | | First Bank, la de Sears es la que no tengo. |
| 3 | R | Exacto, la de Sears esa yo la pedí, de hecho, |
| 4 | | en el sobre que usted recibió, aparece y creo |
| 5 | | que debe esta ahí, el "request" que yo hice, |
| 6 | | que yo lo hice y me dijeron que lo iban a |
| 7 | | enviar. |
| 8 | P | Aquí hay un... un gasto en una tienda que se |
| 9 | | llama Sara. |
| 10 | R | Ah, sí, Sara, eso es una tienda que hay en |
| 11 | | Plaza las Américas. |
| 12 | P | ¿De mujer? |
| 13 | R | No, no, de mujer y de hombre, sí, ahí yo me he |
| 14 | | comprado unas camisas. |
| 15 | P | Aquí hay una Sears, ah, lo que me habló de los |
| 16 | | siete mil y 41 mil por acá. |
| 17 | R | Es correcto, esa es la cantidad total de dinero |
| 18 | | que habían en la 401K. |
| 19 | P | Okay, y eso entró en agosto del 2009. |
| 20 | | Entonces, usted tiene también, o hay también a |
| 21 | | su nombre y a nombre de doña Luz unas cuentas |
| 22 | | que son de los hijos de ustedes. |
| 23 | R | Hay, creo hay que dos cuentas de Banco Popular. |
| 24 | P | Okay, me corrige, usted me dice, una es a |
| 25 | | nombre de Javier, que es la 718221466 y la otra |

63

1    a nombre de César, que termina en 1493, que son
2    las que vimos ahorita.
3  R  Es correcto.
4  P  ¿Usted ha hecho retiro de esas cuentas?
5  R  Sí, yo he hecho retiros, yo he hecho retiros y
6    obviamente yo reconozco que yo ese dinero yo lo
7    voy a reponer, porque obviamente, es dinero de
8    mis hijos, y yo obviamente con eso yo no voy a.
9    o sea, he estado en una situación donde he
10   necesitado el dinero y obviamente he recurrido
11   a ella, y estoy consciente y yo no tengo
12   reparo, ninguno porque es mi responsabilidad.
13 P  Aquí también hay unos gastos en Condado Plaza,
14   no.
15 R  Sí.
16 P  En...
17 R  Me he quedo ahí en varias ocasiones.
18 P  Okay, ¿con su familia?
19 R  No, me he quedado, me he quedado solo, porque
20   he estado en el área y a lo mejor, pues...
21 P  Se queda allá.
22 R  Me he dado a lo mejor unos tragos y eso, y no
23   quiero tener, ser una estadística más en la
24   policía.
25 P  Sí, entonces el Hotel Villa Cofresí, que ya me