IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-02111 BKT

CESAR ALBERTO CLAUDIO ALICEA

Chapter 13

XXX-XX-5147

**FILED & ENTERED ON 10/06/2011**

Debtor(s)

ORDER

Creditor Liz Rivera Piñero, appearing pro-se. to file its response to the Court in English within fourteen (14) days, and the court will provide a remedy (docket #32).

SO ORDERED.

San Juan, Puerto Rico, this 06 day of October, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

cc: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
LIZ RIVERA PIÑERO
ALEJANDRO OLIVERAS RIVERA