IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 11 - 02111 BKT |
| | * | |
| CESAR ALBERTO CLAUDIO ALICEA | * | CHAPTER 13 |
| DEBTOR | * | |
| xxx-xx-5147 | * | |

### REPLY ON MY OWN BEHALF
### TO THE OBJECTION OF THE MOTION NUM. 8
### REGARDING DEBTS IN ADDITION TO THE DEBT OF ASUME

TO THE HONORABLE COURT:

I, Luz Rivera Piñero, on my own behalf, respectfully submit the following:

The debts that I am referring to are for medical and dental insurance and from the savings accounts for both minor children. In addition to my share of an IRA account that the Debtor claims to have spent when we divorced.

The following amounts are what are due to me, in addition to the debt of ASUME:

1. **$16,388.76** my share from the **IRA accounts 6050274 y 5762424** from Banco Popular de PR.
2. **$1,874.00** for orthodontic braces for the minor child, J. Claudio, paid to Dr. José E. Llompart, in Hato Rey, PR.
3. **$781.00** for medical insurance paid to MCS for the minor child, J. Claudio.
4. **$710.00** for medical insurance paid to MCS for the minor child, C. Claudio.
5. **$1,253.12** from the savings account #*****1466 for the minor child, J. Claudio from Banco Popular de PR. (See the Deposition evidence, where the Debtor admits that he withdrew the money from this account).
6. **$4,348.18** from the savings account #*****1493 for the minor child, C. Claudio from Banco Popular de PR. (See the Deposition evidence, where the Debtor admits that he withdrew the money from this account).

Attached are copies of evidence.

I, LUZ RIVERA PIÑERO, CERTIFY THAT EVERYTHING THAT I HAVE WRITTEN AND THE EVIDENCE RESPECTFULLY SUBMITTED ARE TRUTHFUL.

Toa Baja, Puerto Rico, this 14 day of October, 2011.

Luz E. Rivera Piñero
Creditor

Bovarin SA 23 T. Baji
Mansion del Sur T. Baja
P.R. 00949
787- 616-2939

Cc: Debtor
Roberto Figueroa Carrasquillo
Alejandro Oliveras Rivera

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

CESAR ALBERTO CLAUDIO ALICEA

XXX-XX-5147

Debtor(s)

CASE NO. 11-02111 BKT

Chapter 13

FILED & ENTERED ON 10/06/2011

## ORDER

Creditor Liz Rivera Piñero, appearing pro-se, to file its response to the Court in English within fourteen (14) days, and the court will provide a remedy (docket #32).

SO ORDERED.

San Juan, Puerto Rico, this 06 day of October, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

cc: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
LIZ RIVERA PIÑERO
ALEJANDRO OLIVERAS RIVERA