IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 11-02111-BKT |
|---|---|
| CESAR A. CLAUDIO ALICEA | CHAPTER 13 |
| DEBTOR | |

## MOTION REQUESTING CONVERSION TO CHAPTER 7

**TO THE HONORABLE COURT:**

**COMES NOW, CESAR A. CLAUDIO ALICEA,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor may be a debtor under Chapter 7, 11 U.S.C. §701, et seq.

2. Debtor may convert a case under Chapter 13 to a case under Chapter 7 of Title 11 at any time, 11 U.S.C. §1307(a).

3. There have been no prior cases and no prior conversions.

4. The Schedules and Statement of Financial Affairs have been filed in the case and unless the court otherwise orders it shall be deemed filed in the Chapter 7 case, Rule 1019(1)(A), Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, debtor respectfully requests that this Honorable Court grant this motion, convert this Chapter 13 case to one under Chapter 7 and enter relief pursuant to Chapter 7 of Title 11, United States Code.

## NOTICE

**Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate**

response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this notice was by the Clerk of the Court using CM/ECF systems which will send notifications of such the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant debtor; and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this ___25___ day of October 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@rfclawpr.com

*Certifico haber leído la presente moción y la misma ha sido redactada según mis instrucciones. En Caguas, Puerto Rico hoy _25_ de octubre de 2011.*

_____
CESAR A. CLAUDIO ALICEA

CLAUDIO ALICEA, CESAR ALBERTO
VERDE MAR
28 STREET 731
PUNTA SANTIAGO, PR  00741

SANTANDER
PO BOX 2199
SAN JUAN, PR  00919-2199

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL  32247-7455

ASUME
PO BOX 11218
SAN JUAN, PR  00910-2318

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614

FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1427

JC PENNEY
PO BOX 364788
SAN JUAN, PR  00936-4788

LCDA. ANNETTE RIVERO
29 VILLA CAROLINA 69 STREET BLQ 129
CAROLINA, PR  00985

Luis A. Ortiz Carrasquillo
Humacao, PR  00791