IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CESAR ALBERTO CLAUDIO ALICEA

CASE NO. 11-02111 BKT

Chapter 13

XXX-XX-5147

**FILED & ENTERED ON 11/03/2011**

Debtor(s)

ORDER

Creditor Luz Rivera Piñero to submit evidence in support to her answer to the objection to claim #8 (docket #37) within thirty (30) days.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 03 day of November, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC:    DEBTOR(S)
       ROBERTO  FIGUEROA CARRASQUILLO
       LUZ RIVERA PIÑERO
       ALEJANDRO  OLIVERAS RIVERA