IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CESAR ALBERTO CLAUDIO ALICEA

XXX-XX-5147

Debtor(s)

CASE NO. 11-02111 BKT

Chapter 13

**FILED & ENTERED ON 11/03/2011**

## ORDER TO SHOW CAUSE

On September 16, 2011, the debtor was ordered to state his position as to the chapter 13 trustee's objection to claim #8 (docket #30). No reply has been filed.

WHEREFORE IT IS ORDERED, that the debtor shall show cause within seven (7) days as to why sanctions should not be imposed for failure to comply with this Court's order of September 16, 2011 (docket #30).

SO ORDERED.

San Juan, Puerto Rico, this 03 day of November, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA
    F/UP